1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

IN RE WILLIE WEAVER,

    Plaintiff.

_____/

No. C 14-1761 RS (PR)
No. C 14-1860 RS (PR)
No. C 14-2089 RS (PR)
No. C 14-2090 RS (PR)
No. C 14-2161 RS (PR)

**ORDER OF DISMISSAL**

    Plaintiff, a state prisoner proceeding pro se, filed the above civil rights complaints under 42 U.S.C. § 1983.  He also applied to proceed *in forma pauperis* ("IFP") under 28 U.S.C. § 1915 in each action.

    The Court found that 28 U.S.C. § 1915(g) bars plaintiff from proceeding IFP in these actions because he (1) has had three or more prior prisoner actions dismissed by a federal court on the grounds that they are frivolous, malicious, or fail to state a claim upon which relief may be granted; and (2) does not appear to be seeking relief from a danger of serious physical injury which is imminent at the time of filing.  The Court gave plaintiff notice of these strikes and informed him that they were presumed valid because he had failed on prior occasions to challenge them successfully.  Pursuant to the law of this Circuit, plaintiff

1   nonetheless was afforded an opportunity to persuade the Court that § 1915(g) does not bar

2   pauper status for him because he is "under imminent danger of serious physical injury."

3   28 U.S.C. § 1915(g).

4         Plaintiff's response to the Court's order to show cause is unavailing.  He cites

5   boilerplate case law that is either irrelevant to the issues at hand, or which he has failed to

6   relate to his specific lawsuits.  His allegations that he was under imminent danger at the time

7   of filing are conclusory and vague.  Therefore, he has failed to show that his actions are not

8   barred by 28 U.S.C. § 1915(g).

9         Accordingly, each action listed above is DISMISSED without prejudice to plaintiff

10  bringing his claims in new paid complaints.  His motions to proceed IFP are DENIED.  In

11  each action, the Clerk shall terminate any pending motion(s), enter judgment in favor of

12  defendants, and close the file.

13        **IT IS SO ORDERED**.

14  DATED: April 10 , 2015

15                                         RICHARD SEEBORG
                                           United States District Judge

IN RE WEAVER
ORDER OF DISMISSAL

United States District Court
For the Northern District of California